Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Joseph Honig, as Administrator, etc., of Louis Honig, Deceased, Respondent, v. Louisa Foeller, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

George J. Hubbard, Appellant, v. The City of Port Jervis, Respondent. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

George J. Hubbard, Appellant, v. The City of Port Jervis, Respondent. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

In the Matter of the Application of Emmett D. Page, Respondent, for a Peremptory Writ of Mandamus to Max Kohn, Grand Chief Ranger, and Andrew West, Acting Grand Treasurer, or Grand Treasurer of the Grand Court, Foresters of America, State of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Charles Jocker, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— We think the judgment must be reversed for the failure of the plaintiff to give any evidence that showed or tended to show the exercise of due care upon his part to avoid the accident. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Eliza Frances Joubin, as Administratrix, etc., of George H. Joubin, Deceased, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Israel Kaufman, Respondent, v. Julius Smith and Hyman Director, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Miller, JJ., concurred; Hirschberg, P. J., taking no part.

Honoria Kelly, Respondent, v. Israel Mandel and Others, Appellants.— Judgment affirmed by default, with costs. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

Isaac Krasnow, Respondent, v. The Singer Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Antonio Lovaglio, an Infant, by John Lovaglio, His Guardian ad Litem, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Elizabeth McGovern, as Administratrix, etc., of James McGovern, Deceased, Appellant, v Richard Fitzpatrick, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.